|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured<br>Nationstar Mortgage LLC d/b/a Mr. Cooper | Order Filed on January 30, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Joseph M. Ghigna**<br>**and**<br>**Michelle Ghigna**<br>**Debtor.** | Case No.:  18-15116-MBK<br><br>Chapter:  13<br><br>Hearing Date:  September 11, 2019<br><br>Judge:  Michael B. Kaplan. |

## ORDER CONDITIONALLY REINSTATING THE AUTOMATIC STAY AS TO NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

The relief set forth on the following page, is hereby ORDERED.

**DATED: January 30, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Secured Creditor: Nationstar Mortgage LLC d/b/a Mr. Cooper

Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: David A. Semanchik

Property Involved ("Collateral"): 132 SUSAN DRIVE JACKSON NJ 08527

For good cause shown, it is ORDERED AND DECREED as follows:

1. The automatic Stay is conditionally reinstated with regard to Secured Creditor's interest in the Property.

2. Pursuant to the terms of the loan documents, Debtor(s) shall timely remit monthly mortgage payments to the Secured Creditor in the amount of $1,738.70, subject to periodic adjustments.

3. In the event of Default:

    ■ Should the Debtor(s) fail to make monthly payments within thirty (30) days of the date the payments are due or if Debtor(s) fails to comply with any terms of this Order, **stay relief with respect to the Property will automatically be granted without further notice**. *If* a Certificate of Default is required, Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

    ■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

    ■ This order survives any loan modification to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-15116-MBK
Joseph M. Ghigna                                                          Chapter 13
Michelle Ghigna
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 30, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db/jdb         +Joseph M. Ghigna,   Michelle Ghigna,   132 Susan Drive,   Jackson, NJ 08527-1141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
              Albert  Russo   docs@russotrustee.com
              David A. Semanchik    on behalf of Joint Debtor Michelle  Ghigna info@semanchiklaw.com
              David A. Semanchik    on behalf of Debtor Joseph M. Ghigna info@semanchiklaw.com
              Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               hkaplan@rasnj.com, informationathnk@aol.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Laura M. Egerman    on behalf of Creditor   Federal National Mortgage Association (FANNIE MAE)
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor   Federal National Mortgage Association (FANNIE MAE)
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 11