Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−15116−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph M. Ghigna | Michelle Ghigna |
| 132 Susan Drive | 132 Susan Drive |
| Jackson, NJ 08527 | Jackson, NJ 08527 |

Social Security No.:
  xxx−xx−1652                                   xxx−xx−3593

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 26, 2022.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 27, 2022
JAN: dmi

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-15116-MBK |
| Joseph M. Ghigna | Chapter 13 |
| Michelle Ghigna | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: May 27, 2022 | Form ID: 148 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph M. Ghigna, Michelle Ghigna, 132 Susan Drive, Jackson, NJ 08527-1141 |
| cr | + | Federal National Mortgage Association (FANNIE MAE), RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517390048 | + | A-1 Collections, 2297 State Highway 33, STE 906, Trenton, NJ 08690-1717 |
| 517390051 | + | Capital One Bank, c/o Yayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2265 |
| 517390054 | + | Jackson Township Municipal Utilities, 135 Manhattan Street, Jackson, NJ 08527-2504 |
| 517390056 | + | Jersey Shore Medical, c/o Celantoan, Stadtmauer, POL box 2594, Clifton, NJ 07015-2594 |
| 517390055 | | Jersey Shore Medical, 1945 NJ Rte 33, Neptune, NJ 07753 |
| 517485001 | | Jersey Shore University Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 517549199 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, Inc., PO Box 1047, Hartford, CT 06143 |
| 517412615 | + | The Dermatology Group, 1121 Situs Court, Suite 350, Raleigh, NC 27606-4275 |
| 519515965 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 519515966 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042 U.S. Bank Trust National Association 77042-4546 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 27 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 27 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | May 27 2022 20:32:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 517390048 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | May 27 2022 20:31:00 | A-1 Collections, 2297 State Highway 33, STE 906, Trenton, NJ 08690-1717 |
| 517390049 | + | Email/Text: lshields@trafgroup.org | May 27 2022 20:32:00 | American Trading Com, Lenox,. Socey, Formidoni, Giord, P.O. 6448, 136 Franklin Corner Road, Unit B2, Lawrence Township, NJ 08648-2586 |
| 517390050 | + | EDI: CAPITALONE.COM | May 28 2022 00:28:00 | Capital One, P.O Box 30285, Salt Lake City, UT 84130-0285 |
| 517467839 | | EDI: CAPITALONE.COM | May 28 2022 00:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517521154 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 18-15116-MBK   Doc 48   Filed 05/29/22   Entered 05/30/22 00:12:53   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 27, 2022 | Form ID: 148 | Total Noticed: 40 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 27 2022 20:37:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517553018 | + | EDI: WFNNB.COM | May 28 2022 00:28:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517390052 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2022 20:36:44 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 517390053 | | EDI: IRS.COM | May 28 2022 00:28:00 | Internal Revenue Service, Involvency/Special Proceedings, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517390057 | + | Email/Text: PBNCNotifications@peritusservices.com | May 27 2022 20:31:00 | Kohls Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 517390058 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2022 20:37:00 | LVNV Funding, LLC, P.O. Box 1269, Greenville, SC 29602-1269 |
| 517545404 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2022 20:36:45 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517459676 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2022 20:32:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517390059 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 27 2022 20:36:43 | Merrick Bank Corp., 10705 S. Jordan GTWY, STE 200, South Jordan, UT 84095-3977 |
| 517390060 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2022 20:32:00 | Midland Funding, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 518242094 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2022 20:31:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 518242093 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2022 20:31:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 517390061 | | EDI: PRA.COM | May 28 2022 00:28:00 | Portfolio Recovery Associates, 120 Corporate Blvd., STE 100, Norfolk, VA 23502 |
| 517477534 | | EDI: PRA.COM | May 28 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Home Shopping Network, POB 41067, Norfolk VA 23541 |
| 517477522 | | EDI: PRA.COM | May 28 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Wal-Mart, POB 41067, Norfolk VA 23541 |
| 517447701 | + | Email/Text: enotifications@santanderconsumerusa.com | May 27 2022 20:32:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518140897 | + | Email/Text: bncmail@w-legal.com | May 27 2022 20:32:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140898 | + | Email/Text: bncmail@w-legal.com | May 27 2022 20:32:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517448100 | + | Email/Text: enotifications@santanderconsumerusa.com | May 27 2022 20:32:00 | Santander Consumer USA Inc., POB 961245, Fort Worth, TX 76161-0244 |
| 517393584 | + | EDI: RMSC.COM | May 28 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517480681 | | EDI: WFFC.COM | May 28 2022 00:28:00 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 517390064 | + | EDI: WFFC.COM | May 28 2022 00:28:00 | Wells Fargo Dealer Services, P.O. Box 1697, |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 27, 2022 | Form ID: 148 | Total Noticed: 40 |

Winterville, NC 28590-1697

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd, Suite 170 |
| 517390062 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd., STE 100, Norfolk, VA 23502 |
| 517390063 | ## | Seterus, P.O. Box 11790, Newark, NJ 07101-4790 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| David A. Semanchik | on behalf of Joint Debtor Michelle Ghigna info@semanchiklaw.com |
| David A. Semanchik | on behalf of Debtor Joseph M. Ghigna info@semanchiklaw.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com informationathnk@aol.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association hkaplan@rasnj.com informationathnk@aol.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Federal National Mortgage Association (FANNIE MAE) bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 27, 2022 | Form ID: 148 | Total Noticed: 40 |

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com

Sindi Mncina
    on behalf of Creditor Federal National Mortgage Association (FANNIE MAE) smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14